# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Kahn, Charles J. | **2. Court or Organization**<br><br>District Court, Northern District of Florida | **3. Date of Report**<br><br>7/27/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Recall (WAE) | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>1/1/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Winston E. Arnow Federal Bldg.
100 North Palafox St.
Pensacola
FL 32502

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 7/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Retirement Pension, State of Florida | $1,330.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Retirement Pension, State of Florida |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 7/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 7/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. Accounts Bank of America | A | Interest | K | T | | | | | |
| 8. Deferred Compensation (457) account 1, VOYA | | | P1 | T | | | | | |
| 9. --Voya U.S. Stock Index | D | Int./Div. | N | T | | | | | |
| 10. --American Funds The Growth Fund of America | D | Int./Div. | N | T | | | | | |
| 11. --VOYA Fixed Account 457/401 | D | Int./Div. | N | T | | | | | |
| 12. --Loomis Sayles Small Cap Growth Fund | C | Int./Div. | L | T | | | | | |
| 13. --Vanguard Mid-Cap Index Fund | D | Int./Div. | L | T | | | | | |
| 14. | | | | | | | | | |
| 15. IRA 1 | | | O | T | | | | | |
| 16. --American Funds New Perspective Fund | A | Dividend | L | T | | | | | |
| 17. --American Funds Washington Mutual Inv. Fund | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 7/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --American Fundamental Investors Fund | B | Dividend | M | T | | | | | |
| 19. --American Growth Fund | A | Dividend | M | T | | | | | |
| 20. --Lord Abbott Short Duration Income | A | Dividend | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. IRA 2 Spouse | | | | | | | | | |
| 25. --Bank of America NA | A | Interest | J | T | | | | | |
| 26. | | | | | | | | | |
| 27. --American Funds AMCAP | A | Dividend | K | T | | | | | |
| 28. --American Funds --Washington Mutual Inv FD | A | Dividend | K | T | | | | | |
| 29. --American Fundamental Investors Fund | A | Dividend | J | T | | | | | |
| 30. --American Growth Fund of America | A | Dividend | J | T | | | | | |
| 31. --American Investment Co of America Fund | A | Dividend | J | T | | | | | |
| 32. --Lord Abbett Short Duration Income Fund | A | Dividend | K | T | | | | | |
| 33. --Western Asssets Core Plus Bond Fund | A | Dividend | K | T | | | | | |
| 34. --American Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 7/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --American Funds New Perspective | A | Dividend | J | T | | | | | |
| 36. IRA 3 | | | | | | | | | |
| 37. --Altria Common Stock | B | Dividend | K | T | | | | | |
| 38. --Bank Deposit Program Bank of America | A | Int./Div. | M | T | | | | | |
| 39. --Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 40. --Blackrock Income Trust | B | Dividend | K | T | | | | | |
| 41. --British Amer Tob Spon ADR | A | Dividend | J | T | | | | | |
| 42. --Capital City Bank common stock | A | Dividend | J | T | | | | | |
| 43. --Citigroup New common stock | A | Dividend | J | T | | | | | |
| 44. --Conoco Phillips common stock | A | Dividend | J | T | | | | | |
| 45. --DowDuPont common stock | A | Dividend | J | T | | | | | |
| 46. --Deutsche High Income Opportunities | A | Dividend | J | T | | | | | |
| 47. --Exxon Mobil common stock | A | Dividend | J | T | | | | | |
| 48. --Frontier Communications common stock | A | Dividend | J | T | | | | | |
| 49. --Alphabet Inc. | A | Dividend | K | T | | | | | |
| 50. --GlaxoSmithKline PLC ADS | A | Dividend | J | T | | | | | |
| 51. --Halyard Health | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 7/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --Honeywell Intl. common stock | B | Dividend | L | T | | | | | |
| 53.   --Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 54.   --Kimberly Clark common stock | A | Dividend | J | T | | | | | |
| 55.   --Kraft Foods CLA | A | Dividend | J | T | | | | | |
| 56.   --Merck common stock | A | Dividend | J | T | | | | | |
| 57.   --Microsoft common stock | A | Dividend | K | T | | | | | |
| 58.   --Norfolk Southern common stock | A | Dividend | K | T | | | | | |
| 59.   --Philip Morris Intl. common stock | B | Dividend | K | T | | | | | |
| 60.   --Phillips 66 Com | A | Dividend | J | T | | | | | |
| 61.   --Procter & Gamble common stock | A | Dividend | J | T | | | | | |
| 62.   --Raytheon common stock | A | Dividend | K | T | | | | | |
| 63.   --Verizon Comm. common stock | A | Dividend | J | T | | | | | |
| 64.   --Wells Fargo & Co. New | A | Dividend | J | T | | | | | |
| 65.   --IBM Common Stock | A | Dividend | K | T | | | | | |
| 66.   --Mondelez Intl., Inc | A | Dividend | J | T | | | | | |
| 67.   --Unit AAM Corporate Navellier Dial High Income 44 | A | Dividend | K | T | | | | | |
| 68.   --CD First Midwest Bank | A | Interest | | | Matured | 05/07/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 7/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  --CD Morgan Stanley Private Bank | A | Interest | | | Matured | 05/07/19 | K | | |
| 70.  --CD ZB NA Salt Lake City | A | Interest | | | Matured | 05/07/19 | K | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73.  Merrill Lynch Bank Deposit Program | A | Interest | K | T | | | | | |
| 74.  Capital City Bank | A | Dividend | J | T | | | | | |
| 75.  Janus Henderson Forty | A | Dividend | J | T | | | | | |
| 76.  TransAmerica Capital Growth | A | Dividend | J | T | | | | | |
| 77.  First Tr Large Cap ETF | A | Dividend | J | T | | | | | |
| 78.  American Balanced Fund | A | Int./Div. | K | T | | | | | |
| 79.  Facebook | A | Dividend | K | T | Donated (part) | | | | |
| 80.  Altria | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 81.  AT&T | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 82.  Bank of America | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 83.  ConocoPhillips | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 84.  IBM | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 85.  Kellogg | A | Dividend | J | T | Buy | 03/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kahn, Charles J. | 7/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Merck and Co | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 87.  Philip Morris Intl | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 88.  Procter & Gamble | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 89.  Raytheon Co. | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 90.  Southern Co. | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 91.  IRA 4 (spouse) | A | Int./Div. | L | T | | | | | |
| 92.  --Capital City Bank Inc common stock | A | Dividend | J | T | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95.  Trust 2 | E | Int./Div. | O | T | | | | | |
| 96.  --Cash Merrill Lynch Bank Deposit | A | Int./Div. | N | T | | | | | |
| 97.  --Franklin Adjustable US Govt | A | Dividend | K | T | | | | | |
| 98.  --Best Buy common stock | A | Dividend | J | T | | | | | |
| 99.  --Capital City Bank common stock | A | Dividend | J | T | | | | | |
| 100.  --Chevron common stock | A | Dividend | K | T | | | | | |
| 101.  --Coca-Cola common stock | C | Dividend | L | T | | | | | |
| 102.  --Duke Energy common stock | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 7/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Exelon Corp. common stock | A | Dividend | J | T | | | | | |
| 104.  --JM Smucker common stock | A | Dividend | J | T | | | | | |
| 105.  --Pepsico common stock | B | Dividend | K | T | | | | | |
| 106.  --Procter & Gamble common stock | A | Dividend | K | T | | | | | |
| 107.  --Southern Co. common stock | A | Dividend | J | T | | | | | |
| 108.  -- Enbridge, Inc. (formerly Spectra) | B | Dividend | L | T | | | | | |
| 109.  --Treehouse Foods common stock | A | Dividend | J | T | | | | | |
| 110.  --Columbia Seligman fund | B | Dividend | L | T | | | | | |
| 111.  --Lord Abbett Mid-Cpa Value C | A | Dividend | K | T | | | | | |
| 112.  --Thornburg Value Fund Class A | A | Dividend | L | T | | | | | |
| 113. | | | | | | | | | |
| 114.  --Five Flags bank common stock | C | Dividend | N | U | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 7/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information, Line 4.  Filer retired and took Recall status effective March 4, 2019.

Part VII, lines 15, 24, 36, and 91 are headers

Part VII, lines 80-90.  These securities added as of March 14, 2019 were an inheritance.  I did not see this option, so I selected "buy".

Part VII, line 86.  I donated 28 shares of Merck on December 19,2019.  The value was less than $15,000, based upon the market.  I am adding this as an endnote, because the program was not conducive to reporting both an acquisition and disposition of the same security.

Part VII. Lines 9-13.   Please note that the Deferred Compensation provider only reports "Investment Earnings" so the income figure also includes gains in the price of investments.

Part VII, line 95.  Although Trust 1 no longer exists as noted in the 2016 filing, I have maintained the name of this as "Trust 2" for clarity.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles J. Kahn**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544